No. 919. HOGMIRE v. RAGEN, WARDEN; and
No. 920. LASHBROOK v. SULLIVAN, DIRECTOR OF PUBLIC SAFETY. May 1, 1944. The petitions for writs of certiorari to the Supreme Court of Illinois are denied.

No. 762. BUTSCH v. O'HARROW, SPECIAL JUDGE. May 1, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 936. HOUSE v. MAYO, STATE PRISON CUSTODIAN. See *ante*, p. 710.

No. 815. ZALKIND v. SCHEINMAN ET AL. May 8, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Samuel Ostrolenk* for petitioner. *Messrs. Armand E. Lackenbach* and *Newton A. Burgess* for respondents.

No. 819. ILLINOIS CENTRAL RAILROAD Co. v. KELLEY. May 8, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. William R. Gentry, Vernon W. Foster, Charles A. Helsell,* and *John W. Freels* for petitioner. *Messrs. Mark D. Eagleton* and *Roberts P. Elam* for respondent.

No. 820. LAUGHLIN v. GARNETT ET AL. May 8, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. James J. Laughlin* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Messrs. Chester T. Lane* and *Edward G. Jennings,* and *Miss Beatrice*

*Rosenberg* for respondents.

No. 830. HYMAN, TRUSTEE IN BANKRUPTCY, ET AL. *v.* McLENDON ET AL. May 8, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Marion W. Seabrook* for petitioners. *Messrs. Henry E. Davis* and *Samuel Want* for respondents.

No. 831. THOMAS *v.* KANSAS. May 8, 1944. Petition for writ of certiorari to the Supreme Court of Kansas denied. *Mr. Elisha Scott* for petitioner.

No. 836. McCULLOUGH *v.* KAMMERER CORPORATION ET AL. May 8, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. R. Welton Whann, A. W. Boyken,* and *Robert M. McManigal* for petitioner. *Messrs. Frederick S. Lyon* and *Leonard S. Lyon* for respondents.

No. 840. PEKRAS *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 841. PEKRAS *v.* COMMISSIONER OF INTERNAL REVENUE. May 8, 1944. Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Robert H. Rice* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, Newton K. Fox, Robert L. Stern,* and *Miss Helen R. Carloss* for respondent. Reported below: 139 F. 2d 699.